# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:08CR00126-003 SWW

LATECE GORE

## ORDER OF DISMISSAL

Upon the government's motion to dismiss the indictment pending against the above defendant,

IT IS ORDERED that the motion is granted, and the indictment pending in this case hereby is dismissed with prejudice as to separate defendant Latece Gore only.

DATED this 29th day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE